IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAMES A. JENKINS, JR., )
 )
 Plaintiff, )
 )
 )
v. ) No. 3:10-CV-010
 )
MIKE RAGSALE, *et al.*, )
 )
 Defendants. )

## **O R D E R**

For the reasons provided in the memorandum opinion filed contemporaneously with this order, defendants' motion to dismiss [doc. 3] is **GRANTED IN PART**. Count one of the complaint is **DISMISSED**. The court declines to exercise supplemental jurisdiction over plaintiff's remaining state law claims pursuant to 28 U.S.C. § 1367(c). The motion to dismiss is therefore in all other respects **DENIED AS MOOT**, and this case is **REMANDED** to the Circuit Court for Knox County, Tennessee pursuant to 28 U.S.C. § 1447(c).

**IT IS SO ORDERED**:

ENTER:

          s/ Leon Jordan          
United States District Judge